UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:15-00065 |
| | ) | Judge Sharp |
| | ) | |
| DESHON BURLESON | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) Defendant's "Third Motion to Dismiss" (Docket No. 72) is hereby GRANTED IN PART. That Motion is granted solely with respect to Count One of the Superseding Indictment, and that count is hereby DISMISSED WITHOUT PREJUDICE. In light of this ruling, Defendant's Motion for Oral Argument on his Third Motion to Dismiss (Docket No. 76) is DENIED.

(2) Defendant's Motion for Bill of Particulars (Docket No. 75) is DENIED.

The final pretrial conference will be held on August 15, 2016 at 2:00 p.m., and the jury trial in this case will commence at 9:00 a.m. on August 23, 2016, both as previously scheduled.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE