# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:15 CR 00065 |
| | ) | Hon. Marvin E. Aspen |
| DESHON BURLESON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

This case has been reassigned to this Court for sentencing proceedings. The sentencing hearing is currently scheduled for Thursday, September 7, 2017 at 10:00 a.m. The deadlines set for the parties to file sentencing memoranda in our previous order are stricken. In order to allow the Court sufficient time to review and consider the parties' sentencing materials, the following deadlines shall apply pursuant to Local Criminal Rule 32.01(e), <u>as modified below</u>.

The United States Probation Office shall transmit at least <u>fourteen (14) days</u> prior to the sentencing date the final Presentence Report with guideline computations, an addendum indicating any unresolved factual disputes or objections by the parties with respect to the application of the guidelines, the Probation Officer's recommendations on disputed matters, and such material shall also be furnished to the defense counsel and the attorney for the government.

The parties shall file any unresolved objections, motions for downward departure, position papers, and sentencing memoranda <u>fourteen (14) days</u> before sentencing, or within <u>seven (7) days</u> after receiving the final Presentence Report, <u>whichever is earlier</u>. These deadlines

supersede Local Criminal Rule 32.01(c) and (d) to the extent they conflict. Sentencing materials filed after the deadlines set forth herein will not be considered. It is so ordered.

_____
Marvin E. Aspen
United States District Judge


Dated: March 2, 2017
　　　　Chicago, Illinois